**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>　　　Debtor. | § § § § § § § | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE;<br>GNET ATC, LLC; MULTIBAND<br>FIELD SERVICES, INC.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JAMES FRINZI; FRINZI FAMILY<br>TRUST; MULTIBAND GLOBAL<br>RESOURCES, LLC,<br><br>　　　Defendants. | § § § § § § § § § § § § § § § § § | ADVERSARY PROCEEDING<br>NO. 23-03036-mvl |

## UNOPPOSED MOTION OF MCDERMOTT WILL & EMERY LLP TO WITHDRAW AS COUNSEL FOR MULTIBAND GLOBAL RESOURCES, LLC

McDermott Will & Emery LLP ("McDermott") files this *Unopposed Motion of McDermott Will & Emery LLP to Withdraw as Counsel for Multiband Global Resources, LLC* (the "Motion"), seeking to withdraw as counsel for Multiband Global Resources, Inc. ("MGR"), Defendant in the above-captioned adversary proceeding, respectfully showing as follows:

1.　McDermott represents MGR in the above-captioned adversary proceeding to the above-captioned Goodman Networks, Inc. main bankruptcy case.

2.　A copy of this Motion has been delivered to MGR via email.

3.　Good cause exists for the granting of the Motion. The Motion is not opposed by MGR and is not sought for purposes of delay.

4. The contact information for substitute counsel for MGR is as follows:

> Mark M. Billion
> Billion Law
> 1073 S. Governors Avenue
> Dover, Delaware 19904
> Tel: 302.428.9400
> mbillion@billionlawgroup.com

WHEREFORE, PREMISES CONSIDERED, McDermott respectfully requests that the Court grant the Motion permitting Debbie E. Green, Marcus A. Helt, and the law firm of McDermott to withdraw as counsel of record for MGR in this cause and service of all future and further pleadings, discovery, correspondence, notices, orders, and other material relating to this matter upon Mark M. Billion.

Dated: September 11, 2023                Respectfully submitted,

*/s/ Debbie E. Green*
Marcus A. Helt (Texas Bar No. 24052187)
Debbie E. Green (Texas Bar No. 24059852)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: 469.715.4979
Fax: 972.692.7700
mhelt@mwe.com
dgreen@mwe.com

***Counsel for Defendant Multiband Global Resources, LLC***

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for the Plaintiffs regarding the relief requested in the Motion. Counsel for Plaintiffs indicated that Plaintiffs were unopposed to the relief requested in the Motion.

*/s/ Debbie E. Green*
Debbie E. Green

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served upon those parties receiving electronic notification via the Court's CM/ECF system on September 11, 2023.

*/s/ Debbie E. Green*
Debbie E. Green