**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>Debtor. | § § § § § § § | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES FRINZI; FRINZI FAMILY TRUST; MULTIBAND GLOBAL RESOURCES, LLC,<br><br>Defendants. | § § § § § § § § § § § § § § § § | ADVERSARY PROCEEDING NO. 23-03036-mvl |

**ORDER GRANTING UNOPPOSED MOTION OF MCDERMOTT WILL & EMERY
LLP TO WITHDRAW AS COUNSEL FOR MULTIBAND GLOBAL RESOURCES, LLC**

1

UPON CONSIDERATION of McDermott Will & Emery LLP's Unopposed Motion to Withdraw as Counsel for Multiband Global Resources, LLC, it is hereby GRANTED as set forth herein; and it is hereby:

ORDERED that Marcus A. Helt, Debbie E. Green, and the law firm of McDermott Will & Emery LLP are permitted to withdraw from representation of Multiband Global Resources, LLC in the above-referenced adversary proceeding.

### ###End of Order###

Submitted by:

*/s/ Debbie E. Green*
Marcus A. Helt (Texas Bar No. 24052187)
Debbie E. Green (Texas Bar No. 24059852)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: 469.715.4979
Fax: 972.692.7700
mhelt@mwe.com
dgreen@mwe.com

*Defendant Multiband Global Resources, LLC*