

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 12, 2023**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC., | § | ADVERSARY PROCEEDING NO. 23-03036-mvl |
| Plaintiffs, | § | |
| v. | § | |
| JAMES FRINZI; FRINZI FAMILY TRUST; MULTIBAND GLOBAL RESOURCES, LLC, | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION OF MCDERMOTT WILL & EMERY LLP TO WITHDRAW AS COUNSEL FOR MULTIBAND GLOBAL RESOURCES, LLC**

1

UPON CONSIDERATION of McDermott Will & Emery LLP's Unopposed Motion to Withdraw as Counsel for Multiband Global Resources, LLC, it is hereby GRANTED as set forth herein; and it is hereby:

ORDERED that Marcus A. Helt, Debbie E. Green, and the law firm of McDermott Will & Emery LLP are permitted to withdraw from representation of Multiband Global Resources, LLC in the above-referenced adversary proceeding.

###End of Order###

Submitted by:

*/s/ Debbie E. Green*
Marcus A. Helt (Texas Bar No. 24052187)
Debbie E. Green (Texas Bar No. 24059852)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: 469.715.4979
Fax: 972.692.7700
mhelt@mwe.com
dgreen@mwe.com

***Defendant Multiband Global Resources, LLC***