


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 12, 2023

_____
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § § | (Chapter 7) |
| Debtor. | § § § | |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC., | § § § § § | ADVERSARY PROCEEDING NO. 23-03036-mvl |
| Plaintiffs, | § § | |
| v. | § § | |
| JAMES FRINZI; FRINZI FAMILY TRUST; MULTIBAND GLOBAL RESOURCES, LLC, | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING UNOPPOSED MOTION OF MCDERMOTT WILL & EMERY
LLP TO WITHDRAW AS COUNSEL FOR MULTIBAND GLOBAL RESOURCES, LLC**

1

UPON CONSIDERATION of McDermott Will & Emery LLP's Unopposed Motion to Withdraw as Counsel for Multiband Global Resources, LLC, it is hereby GRANTED as set forth herein; and it is hereby:

ORDERED that Marcus A. Helt, Debbie E. Green, and the law firm of McDermott Will & Emery LLP are permitted to withdraw from representation of Multiband Global Resources, LLC in the above-referenced adversary proceeding.

### ###End of Order###

Submitted by:

*/s/ Debbie E. Green*
Marcus A. Helt (Texas Bar No. 24052187)
Debbie E. Green (Texas Bar No. 24059852)
**MCDERMOTT WILL & EMERY LLP**
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
Tel: 469.715.4979
Fax: 972.692.7700
mhelt@mwe.com
dgreen@mwe.com

***Defendant Multiband Global Resources, LLC***

United States Bankruptcy Court

Northern District of Texas

Seidel,
    Plaintiff

Adv. Proc. No. 23-03036-mvl

Frinzi,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0539-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 12 2023 20:55:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 12 2023 20:55:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Davor Rukavina | on behalf of Plaintiff GNET ATC LLC drukavina@munsch.com |
| Davor Rukavina | on behalf of Plaintiff Multiband Field Services Inc. drukavina@munsch.com |
| Davor Rukavina | on behalf of Plaintiff Scott M. Seidel drukavina@munsch.com |

District/off: 0539-3 User: admin Page 2 of 2
Date Rcvd: Sep 12, 2023 Form ID: pdf001 Total Noticed: 2

Debbie E. Green
    on behalf of Defendant Multiband Global Resources  LLC dgreen@mwe.com, jbishopjones@mwe.com

Jason M. Rudd
    on behalf of Defendant Frinzi Family Trust jason.rudd@wickphillips.com  brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Defendant James Frinzi jason.rudd@wickphillips.com  brenda.ramirez@wickphillips.com

Julian Preston Vasek
    on behalf of Plaintiff Scott M. Seidel jvasek@munsch.com

Paul T. Elkins
    on behalf of Defendant Frinzi Family Trust paul.elkins@wickphillips.com  McKenzie.Farley@WickPhillips.com

Paul T. Elkins
    on behalf of Defendant James Frinzi paul.elkins@wickphillips.com  McKenzie.Farley@WickPhillips.com

TOTAL: 9