Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: § § § § § § | | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| GOODMAN NETWORKS, INC., | | |
| Debtor. | | |
| SCOTT M. SEIDEL, TRUSTEE;<br>GNET ATC, LLC; MULTIBAND<br>FIELD SERVICES, INC., § § § § § § § § § § § § § § § | | ADVERSARY PROCEEDING<br>NO: 23-03036 |
| Plaintiffs, | | |
| v. | | |
| JAMES FRINZI; FRINZI FAMILY TRUST;<br>MULTIBAND GLOBAL RESOURCES,<br>LLC, | | |
| Defendants. | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas has set a hearing on the *Plaintiffs' Motion to Compel Discovery Responses and Production from Defendant Multiband Global Resources, LLC*, to be held on **November 21, 2023 at 2:00 p.m.** before the Honorable Michelle V. Larson, United States Bankruptcy Judge, at Courtroom No. 2, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242.

RESPECTFULLY SUBMITTED this 25th day of October, 2023.

**MUNSCH HARDT KOPF & HARR P.C.**

/s/  Davor Rukavina
Davor Rukavina, Esq.
Texas Bar No. 24030781
Conor P. White, Esq.
Texas Bar No. 24125722
500 North Akard St., Ste. 3800
Dallas, Texas  75201
Telephone: (214) 855-7500
drukavina@munsch.com

**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 25th day of October, 2023, true and correct copies of this document were electronically served by the Court's ECF system on counsel for the defendants other than MGR, and that, additionally, on the same date he caused true and correct copies of the foregoing to be served, by U.S. first class mail, postage prepaid, on the following:

Multiband Global Resources, LLC
c/o Joseph O'Bell, Registered Agent
2603 De Soto Dr.
Austin, TX 78733

Multiband Global Resources, LLC
c/o James Frinzi
9204 Eddy Cv.
Austin, TX 78735

/s/  Davor Rukavina
Davor Rukavina, Esq.