

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 22, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § § | (Chapter 7) |
| Debtor. | § § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC., | § § § § | ADVERSARY PROCEEDING NO: 23-03036 |
| Plaintiffs, | § § | |
| v. | § § | |
| JAMES FRINZI; FRINZI FAMILY TRUST; MULTIBAND GLOBAL RESOURCES, LLC, | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

CAME ON FOR HEARING on the 21st day of November, 2023, the *Trustee's Motion for Leave to Amend Complaint* (the "Motion"), filed by Scott M. Seidel, Trustee (the "Trustee") for the plaintiffs in this Adversary Proceeding. Finding that service and notice of the Motion were

ORDER GRANTING LEAVE TO AMEND COMPLAINT—Page 1

sufficient and appropriate and, for the reasons stated on the record of said hearing, that cause exists to grant the Motion, it is hereby:

ORDERED that the Motion is GRANTED and that the Trustee is hereby granted leave to file his amended complaint attached as Exhibit "A" to the Motion.

### END OF ORDER ###