

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 22, 2023

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>   Debtor. | §<br>§<br>§<br>§<br>§<br>§ | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE;<br>GNET ATC, LLC; MULTIBAND<br>FIELD SERVICES, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>JAMES FRINZI; FRINZI FAMILY TRUST;<br>MULTIBAND GLOBAL RESOURCES,<br>LLC,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADVERSARY PROCEEDING<br>NO: 23-03036 |

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

CAME ON FOR HEARING on the 21st day of November, 2023, the *Trustee's Motion for Leave to Amend Complaint* (the "Motion"), filed by Scott M. Seidel, Trustee (the "Trustee") for the plaintiffs in this Adversary Proceeding. Finding that service and notice of the Motion were

---

ORDER GRANTING LEAVE TO AMEND COMPLAINT—Page 1

sufficient and appropriate and, for the reasons stated on the record of said hearing, that cause exists to grant the Motion, it is hereby:

ORDERED that the Motion is GRANTED and that the Trustee is hereby granted leave to file his amended complaint attached as Exhibit "A" to the Motion.

# # #  END OF ORDER  # # #

United States Bankruptcy Court
Northern District of Texas

Seidel,
    Plaintiff

Adv. Proc. No. 23-03036-mvl

Frinzi,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 22, 2023 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Nov 22 2023 21:34:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Nov 22 2023 21:34:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Davor Rukavina | on behalf of Plaintiff GNET ATC LLC drukavina@munsch.com |
| Davor Rukavina | on behalf of Plaintiff Multiband Field Services Inc. drukavina@munsch.com |
| Davor Rukavina | on behalf of Plaintiff Scott M. Seidel drukavina@munsch.com |

Jason M. Rudd
    on behalf of Defendant Frinzi Family Trust jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com

Jason M. Rudd
    on behalf of Defendant James Frinzi jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com

Julian Preston Vasek
    on behalf of Plaintiff Scott M. Seidel jvasek@munsch.com hvalentine@munsch.com,CourtMail@munsch.com

Paul T. Elkins
    on behalf of Defendant James Frinzi paul.elkins@wickphillips.com McKenzie.Farley@WickPhillips.com

Paul T. Elkins
    on behalf of Defendant Frinzi Family Trust paul.elkins@wickphillips.com McKenzie.Farley@WickPhillips.com

TOTAL: 8