Jason M. Rudd, Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Scott D. Lawrence, Texas State Bar No. 24087896
scott.lawrence@wickphillips.com
Catherine A. Curtis, Texas State Bar No. 24095708
catherine.curtis@wickphillips.com
Mallory A. Davis, Texas State Bar No. 24133121
mallory.davis@wickphillips.com
Paul T. Elkins, Texas State Bar No. 24092383
paul.elkins@wickphillips.com
WICK PHILLIPS GOULD MARTIN, LLP
3131 McKinney Ave., Suite 500
Dallas, Texas 75204
(214) 692-6200 (office)
(214) 692-6255 (facsimile)

COUNSEL FOR JAMES FRINZI; FRINZI FAMILY TRUST;
MULTIBAND GLOBAL RESOURCES, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § **GOODMAN NETWORKS, INC.** § § § **Debtor.** § § § | | **Case No. 22-31641-mv-7** **(Chapter 7)** |
| **SCOTT M. SIEDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC.** § § § § **Plaintiffs,** § § vs. § § **JAMES FRINZI; FRINZI FAMILY TRUST; MULTIBAND GLOBAL RESOURCES, LLC** § § § § **Defendants.** § | | **ADVERSARY PROCEEDING NO: 23-03036-mvl** |

## DEFENDANTS' JURY DEMAND

In accordance with Federal Rule of Bankruptcy Procedure 9015 and Federal Rule of Civil Procedure 38(b), James Frinzi, Frinzi Family Trust, and Multiband Global Resources, LLC (collectively, "Defendants") request that all claims, allegations, and defenses asserted in the above-

captioned adversary proceeding, including all claims alleged in Plaintiffs' Amended Complaint (Dkt. 30), any amendments or supplements thereto, and all defenses, be tried before a jury. Under Rule 38, this demand is made within 14 days of Plaintiffs' filing of the Amended Complaint. Nothing in this demand constitutes a waiver or release of Defendants' rights to trial by jury in any proceeding or a waiver or release of Defendants' rights to have any and pre-trial, trial, and final orders in any and all proceedings entered only by a United States District Court Judge rather than the Bankruptcy Court, which rights Defendants expressly reserve.

WHEREFORE, Defendants respectfully request this matter be set on the jury trial docket, and for any and all other relief, whether in law or equity, to which it is justly entitled.

Dated: December 1, 2023                 Respectfully submitted,

*/s/ Paul T. Elkins*
Jason M. Rudd
Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Scott D. Lawrence
Texas State Bar No. 24087896
scott.lawrence@wickphillips.com
Catherine A. Curtis
Texas State Bar No. 24095708
catherine.curtis@wickphillips.com
Mallory A. Davis
Texas State Bar No. 24133121
mallory.davis@wickphillips.com
Paul T. Elkins
Texas State Bar No. 24092383
paul.elkins@wickphillips.com

**WICK PHILLIPS GOULD MARTIN, LLP**
3131 McKinney Ave., Suite 500
Dallas, Texas 75204
(214) 692-6200 (office)
(214) 692-6255 (facsimile)

**ATTORNEYS FOR JAMES FRINZI; FRINZI FAMILY TRUST; and MULTIBAND GLOBAL RESOURCES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, I caused a true and correct copy of this document to be served on counsel of record for all parties in this Adversary Proceeding via the method(s) indicated below:

| | |
|---|---|
| Davor Rukavina<br>Thomas D. Berghman<br>MUNSCH HARDT KOPF & HARR, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, TX 75201<br>drukavina@munsch.com<br>jvasek@munsch.com<br><br>**Counsel for the Scott Seidel, Chapter 7 Trustee** | _____ Hand Delivery<br>_____ Regular Mail<br>_____ Facsimile<br>__X__ E-mail<br>_____ CM/ECF |

*/s/ Paul T. Elkins*
Paul T. Elkins