Jason M. Rudd, Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Scott D. Lawrence, Texas State Bar No. 24087896
scott.lawrence@wickphillips.com
Catherine A. Curtis, Texas State Bar No. 24095708
catherine.curtis@wickphillips.com
Mallory A. Davis, Texas State Bar No. 24133121
mallory.davis@wickphillips.com
Paul T. Elkins, Texas State Bar No. 24092383
paul.elkins@wickphillips.com
WICK PHILLIPS GOULD MARTIN, LLP
3131 McKinney Ave., Suite 500
Dallas, Texas 75204
(214) 692-6200 (office)
(214) 692-6255 (facsimile)

**COUNSEL FOR JAMES FRINZI; FRINZI FAMILY TRUST; MULTIBAND GLOBAL RESOURCES, LLC**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** § § | **Case No. 22-31641-mv-7** | |
| **GOODMAN NETWORKS, INC.** § § | | |
| § | **(Chapter 7)** | |
| **Debtor.** § § § | | |
| **SCOTT M. SIEDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC.** § § § § | | |
| **Plaintiffs,** § § | **ADVERSARY PROCEEDING NO: 23-03036-mvl** | |
| **vs.** § § | | |
| **JAMES FRINZI; FRINZI FAMILY TRUST; MULTIBAND GLOBAL RESOURCES, LLC** § § § § § | | |
| **Defendants.** § | | |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference on *Defendants' Motion to Withdraw the Reference* [ECF No. 32] will be held on **January 16, 2024 at 2:00 p.m. CT**, 14th Floor, Courtroom #2, 1100 Commerce Street, Dallas, Texas 75242.

Dated: December 5, 2023    Respectfully submitted,

*/s/ Jason M. Rudd*
Jason M. Rudd, Texas State Bar No. 24028786
jason.rudd@wickphillips.com
Scott D. Lawrence, Texas State Bar No. 24087896
scott.lawrence@wickphillips.com
Catherine A. Curtis, Texas State Bar No. 24095708
catherine.curtis@wickphillips.com
Mallory A. Davis, Texas State Bar No. 24133121
mallory.davis@wickphillips.com
Paul T. Elkins, Texas State Bar No. 24092383
paul.elkins@wickphillips.com
WICK PHILLIPS GOULD MARTIN, LLP
3131 McKinney Ave., Suite 500
Dallas, Texas 75204
(214) 692-6200 (office)
(214) 692-6255 (facsimile)

ATTORNEYS FOR JAMES FRINZI; FRINZI FAMILY TRUST; and MULTIBAND GLOBAL RESOURCES, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2023, I caused a true and correct copy of this document to be served on counsel of record for all parties in this Adversary Proceeding via the method(s) indicated below:

| | | |
|---|---|---|
| Davor Rukavina<br>Thomas D. Berghman<br>MUNSCH HARDT KOPF & HARR, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, TX 75201<br>drukavina@munsch.com<br>jvasek@munsch.com<br><br>**Counsel for the Scott Seidel, Chapter 7 Trustee** | _____<br>_____<br>_____<br>\_\_X\_\_\_\_<br>\_\_X\_\_\_\_ | Hand Delivery<br>Regular Mail<br>Facsimile<br>E-mail<br>CM/ECF |

                                             */s/ Jason M. Rudd*
                                             Jason M. Rudd