

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 20, 2023

_____
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § § § | Case No. 22-31641-mvl7 (Chapter 7) |
| GOODMAN NETWORKS, INC., | | |
| Debtor. | | |
| SCOTT M. SEIDEL, TRUSTEE, *et al.*, | § § § § § § § § § § § | Adv. No. 23-03036-mvl |
| Plaintiff, | | |
| v. | | |
| JAMES FRINZI, *et al.*, | | |
| Defendants. | | |

### ORDER GRANTING JOINT MOTION TO CONTINUE
### HEARING ON MOTION TO COMPEL

Before the Court is the *Joint Motion to Continue Hearing on Motion to Compel* (the "Motion"), filed by plaintiffs Scott Seidel, as chapter 7 trustee for Goodman Networks, Inc., GNET ATC, LLC, and Multiband Field Services, Inc., along with defendants James Frinzi, Multiband Global Resources, LLC, and the Frinzi Family Trust. Having considered the relief

1

requested in the Motion, it is hereby ORDERED that the Motion is GRANTED, and the hearing on the *Motion to Compel Discovery Responses and Production from Defendant Multiband Global Resources, LLC* (Dkt. No. 22) is continued to January 23, 2024 at 9:30 a.m.

### End of Order ###