Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR
SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>　　　Debtor. | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE;<br>GNET ATC, LLC; MULTIBAND<br>FIELD SERVICES, INC.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>JAMES FRINZI; FRINZI FAMILY TRUST;<br>MULTIBAND GLOBAL RESOURCES,<br>LLC,<br><br>　　　Defendants. | ADVERSARY PROCEEDING<br>NO: 23-03036 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing on **January 16, 2024, at 2:00 p.m. CST** to consider the *Plaintiffs' Motion to Strike Jury Demand* [Docket No. 39]. The hearing shall be in person at 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, TX 75242.

RESPECTFULLY SUBMITTED this 20th day of December, 2023.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Conor P. White*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
drukavina@munsch.com
tberghman@munsch.com
cwhite@munsch.com

**ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 20th day of December, 2023, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof and on counsel of record for the Defendants, Jason M. Rudd, Jason.rudd@wickphillips.com; Scott D. Lawrence, scott.lawrence@wickphillips.com; Catherine A. Curtis, Catherine.curtis@wickphillips.com; Mallory A. Davis, Mallory.davis@wickphillips.com, and Paul T. Elkins, paul.elkins@wickphillips.com, via email.

By: */s/ Conor White*
Conor P. White