

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 20, 2023

United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| GOODMAN NETWORKS, INC., | § § | Case No. 22-31641-mvl7 (Chapter 7) |
| Debtor. | § § | |
| SCOTT M. SEIDEL, TRUSTEE, *et al.*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. No. 23-03036-mvl |
| JAMES FRINZI, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT MOTION TO CONTINUE
## HEARING ON MOTION TO COMPEL

Before the Court is the *Joint Motion to Continue Hearing on Motion to Compel* (the "Motion"), filed by plaintiffs Scott Seidel, as chapter 7 trustee for Goodman Networks, Inc., GNET ATC, LLC, and Multiband Field Services, Inc., along with defendants James Frinzi, Multiband Global Resources, LLC, and the Frinzi Family Trust. Having considered the relief

1

4853-6742-9528v.1 013229.00016

requested in the Motion, it is hereby ORDERED that the Motion is GRANTED, and the hearing on the *Motion to Compel Discovery Responses and Production from Defendant Multiband Global Resources, LLC* (Dkt. No. 22) is continued to January 23, 2024 at 9:30 a.m.

### End of Order ###

United States Bankruptcy Court

Northern District of Texas

Seidel,
    Plaintiff

Adv. Proc. No. 23-03036-mvl

Frinzi,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Dec 20, 2023      Form ID: pdf023      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Dec 20 2023 21:37:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Dec 20 2023 21:37:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Conor White | on behalf of Plaintiff Scott M. Seidel cwhite@munsch.com CourtMail@munsch.com |
| Davor Rukavina | on behalf of Plaintiff GNET ATC LLC drukavina@munsch.com |
| Davor Rukavina | on behalf of Plaintiff Multiband Field Services Inc. drukavina@munsch.com |

District/off: 0539-3                            User: admin                                                Page 2 of 2
Date Rcvd: Dec 20, 2023                    Form ID: pdf023                                       Total Noticed: 2

| | |
|---|---|
| Davor Rukavina | on behalf of Plaintiff Scott M. Seidel drukavina@munsch.com |
| Jason M. Rudd | on behalf of Defendant James Frinzi jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com |
| Jason M. Rudd | on behalf of Defendant Frinzi Family Trust jason.rudd@wickphillips.com brenda.ramirez@wickphillips.com |
| Julian Preston Vasek | on behalf of Plaintiff Multiband Field Services Inc. jvasek@munsch.com, CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Plaintiff GNET ATC LLC jvasek@munsch.com, CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Plaintiff Scott M. Seidel jvasek@munsch.com CourtMail@munsch.com |
| Paul T. Elkins | on behalf of Defendant Frinzi Family Trust paul.elkins@wickphillips.com McKenzie.Farley@WickPhillips.com |
| Paul T. Elkins | on behalf of Defendant Multiband Global Resources LLC paul.elkins@wickphillips.com, McKenzie.Farley@WickPhillips.com |
| Paul T. Elkins | on behalf of Defendant James Frinzi paul.elkins@wickphillips.com McKenzie.Farley@WickPhillips.com |

TOTAL: 12