Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500

ATTORNEYS FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: § § § § § § | | Case No. 22-31641-mvl-7 (Chapter 7) |
| GOODMAN NETWORKS, INC., Debtor. | | |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC., Plaintiffs, v. JAMES FRINZI; FRINZI FAMILY TRUST; MULTIBAND GLOBAL RESOURCES, LLC, Defendants. | § § § § § § § § § § § § § § § | ADVERSARY PROCEEDING NO: 23-03036 |

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas has set a continued hearing on the *Plaintiffs' Motion to Compel Discovery Responses and Production from Defendant Multiband Global Resources, LLC*, to be held on **February 7, 2024 at 9:30 a.m.** before the Honorable Michelle V. Larson, United States Bankruptcy Judge, at Courtroom No. 2, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242.

RESPECTFULLY SUBMITTED this 23rd day of January, 2024.

**MUNSCH HARDT KOPF & HARR P.C.**

/s/  *Julian P. Vasek*
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Julian P. Vasek, Esq.
Texas Bar No. 24070790
500 North Akard St., Ste. 4000
Dallas, Texas  75201
Telephone: (214) 855-7500
drukavina@munsch.com
tberghman@munsch.com
jvasek@munsch.com

**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 23rd day of January, 2024, true and correct copies of this document were electronically served by the Court's ECF system on counsel for the defendants.

/s/  *Julian P. Vasek*
Julian P. Vasek, Esq.