

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Signed by: Michelle V. Larson*

**Signed February 6, 2024**

_____
**United States Bankruptcy Judge**
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| GOODMAN NETWORKS, INC., | § § | Case No. 22-31641-mvl7 |
| | § | (Chapter 7) |
| Debtor. | § § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE, *et al.*, | § § | |
| | § | |
| Plaintiff, | § § | |
| v. | § § | Adv. No. 23-03036-mvl |
| | § | |
| JAMES FRINZI, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

### AGREED ORDER RESOLVING MOTION TO COMPEL

Before the Court is the *Plaintiffs' Motion to Compel Discovery Responses and Production from Defendant Multiband Global Resources, LLC* (Dkt. No. 22, the "Motion"), filed by plaintiffs Scott Seidel, as chapter 7 trustee for Goodman Networks, Inc., GNET ATC, LLC, and Multiband Field Services, Inc. (the "Plaintiffs"). Defendants James Frinzi, Multiband Global Resources,

1

LLC, and the Frinzi Family Trust (the "Defendants") have worked cooperatively with the Plaintiffs to resolve the concerns raised in the Motion, and the hearing on the Motion has been rescheduled several times to accommodate an agreed resolution.  This agreed order represents the culmination of those discussions.  Having considered the relief requested in the Motion and the agreement of the parties set forth herein, it is hereby ORDERED as follows:

1. The Motion is GRANTED in part and DENIED in part as set forth herein.

2. The Defendants have represented that, on January 30, 2023, they requested account statements for an account at JP Morgan Chase Bank ending 8379, for the period from August 2021 to the time such account was closed.  The Defendants shall diligently continue to pursue obtaining such statements and shall produce them to Plaintiffs within three calendar days of receipt.[1]

3. In the event that, based on the Plaintiffs' review of the bank statements produced by the Defendants to date, the Plaintiffs identify additional bank accounts for which the Defendants have not produced statements, then the Plaintiffs my request such statements by email, and within three calendar days the Defendants shall either (i) produce the requested statements if they are available or (ii) request the statements from the applicable bank and produce them within three days of receipt.

4. With respect to each allegation of insolvency in the *Plaintiff's Amended Complaint* (Dkt. No. 30), including any subsequently amended complaint with consistent allegations (collectively, the "Complaint"), the Defendants do not dispute insolvency, and the Plaintiffs need not put on evidence of insolvency.  Any denial of an insolvency allegation in the Complaint, and any affirmative defense of solvency, whether contained in an answer, discovery response, or otherwise, is deemed withdrawn, and all insolvency allegations are deemed admitted for purposes

---

[1] Time periods stated in this order shall not be extended under Fed. R. Bank. P. 9006(a)(1)(C).

4876-1538-3715v.1 013229.00016

of this adversary proceeding only, including any civil action in the district court resulting from a withdrawal of the reference. This stipulation of insolvency shall not apply against the Defendants in any other litigation.

5. To the extent not expressly granted, the relief requested in the Motion is denied without prejudice. The Court shall retain jurisdiction to interpret and enforce this order.

### End of Order ###

AGREED:

/s/ *Julian P. Vasek*

Davor Rukavina, Esq.
Tex. Bar No. 24030781
Thomas D. Berghman, Esq.
Tex. Bar No. 24082683
Julian P. Vasek, Esq.
Tex. Bar No. 24070790
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard St., Ste. 4000
Dallas, Texas 75201
214-855-7500
drukavina@munsch.com
tberghman@munsch.com
jvasek@munsch.com

COUNSEL FOR PLAINTIFFS

/s/ *Paul T. Elkins* (w/p JPV)

Jason M. Rudd, Tex. Bar No. 24028786
Paul T. Elkins, Tex. Bar No. 24092383
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Phone: (214) 692-6200
jason.rudd@wickphillips.com
paul.elkins@wickphillips.com

COUNSEL FOR DEFENDANTS

4876-1538-3715v.1 013229.00016