UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Goodman Networks, Inc. and Goodman Networks Inc<br>d/b/a Goodman Solutions | § § § § § § § § § § § § § § § § § | |
| Debtor(s) | | Case No.:    22−31641−mvl7<br>Chapter No.:  7 |
| Scott M. Seidel  et al. | | |
| Plaintiff(s) | | Adversary No.:   23−03036−mvl |
| vs.<br>James Frinzi  et al. | | Civil Case No.:        3:23−CV−02739−L |
| Defendant(s) | | |
| Scott M. Seidel et al. | | |
| Plaintiff(s) | | |
| vs.<br>James Frinzi et al. | | |
| Defendant(s) | | |

# NOTICE OF TRANSMITTAL OF REPORT AND RECOMMENDATION

I am transmitting:

    One copy of: Report and Recommendation .

DATED:  3/22/24

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk