**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Case No. 22-31641-mv-7 |
| GOODMAN NETWORKS, INC. | § § | (Chapter 7) |
| Debtor. | § § | |
| | § | |
| SCOTT M. SIEDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC. | § § § § | ADVERSARY PROCEEDING NO: 23-03036-mvl |
| Plaintiff(s), | § § | |
| v. | § § | |
| JAMES FRINZI; FRINZI FAMILY TRUST, MULTIBAND GLOBAL RESOURCES, LLC, | § § § § | |
| Defendant(s). | § § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Wick Phillips Gould & Martin, LLP ("WPGM") files this Unopposed Motion to Withdraw as Counsel (the "Motion") for Defendants James Frinzi, Frinzi Family Trust, and Multiband Global Resources, LLC ("Defendants").

1. WPGM seeks to withdraw from representing Defendants in this case. WPGM is owed substantial fees under its engagement letter.

2. Pursuant to Local Bankruptcy Rule 2091-1, Defendants agree to WPGM's withdrawal and executed this Motion below. Defendants have not retained successor counsel and the contact information is as follows:

   a. Name: Mr. James Frinzi

   b. Address: 3736 Bee Cave Road, Suite 1164 Austin, Texas 78746

1

    c.  Telephone Number: (202) 430-4500

3.    This request to withdraw is not made for purposes of delay.

WHEREFORE, WPGM respectfully requests this Court to (i) grant the Motion (ii) enter the proposed order attached as **Exhibit A** to permit WPGM to withdraw as counsel to Defendants (iii) and grant WPGM such other and further relief to which it may be justly entitled, both at law and equity.

Executed: _[signature]_
James Frinzi, individually, and as
Trustee of Frinzi Family Trust, and as
Manager of Multiband Global Resources, LLC

Dated: April 23, 2024

Respectfully submitted,

*/s/ Jason M. Rudd*
Jason M. Rudd, Tex. Bar No. 24028786
Paul T. Elkins, Tex. Bar No. 24092383
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Phone: (214) 692-6200
Fax: (214) 692-6255
Email:  jason.rudd@wickphillips.com
           paul.elkins@wickphillips.com

**COUNSEL FOR DEFENDANTS JAMES FRINZI, FRINZI FAMILY TRUST, AND MULTIBAND GLOBAL RESOURCES, LLC**

**CERTIFICATE OF CONFERENCE**

Local Bankruptcy Rule 7007-1, I hereby certify that on April 18, 2024, I conferred by phone with Davor Rukavina, Counsel for Scott Seidel, Chapter 7 Trustee and Plaintiff. The Trustee does not oppose this Motion.

*/s/ Jason M. Rudd*
Jason M. Rudd

## CERTIFICATE OF SERVICE

       I hereby certify that on April 23, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system and have served a copy of the same to the following parties or their counsel via the method(s) indicated below:

| | | |
|---|---|---|
| Davor Rukavina | _____ | Hand Delivery |
| Thomas D. Berghman | _____ | Regular Mail |
| **MUNSCH HARDT KOPF & HARR, P.C.** | _____ | Facsimile |
| 3800 Ross Tower | _____ | E-mail |
| 500 N. Akard Street | | |
| Dallas, TX 75201 | __X__ | CM/ECF |

**Counsel for the Scott Seidel, Chapter 7 Trustee**

| | | |
|---|---|---|
| **James Frinzi, Individually,** | _____ | Hand Delivery |
| **Trustee of the Frinzi Family Trust, and as** | __X__ | Regular Mail |
| **Manager of Multiband Global Resources, LLC** | _____ | Facsimile |
| 3736 Bee Cave Road, Suite 1164 | __X__ | E-mail |
| Austin, Texas 78746 | _____ | CM/ECF |
| James@frinzi.net | | |

                                                                       */s/ Jason M. Rudd*
                                                                       Jason M. Rudd

**EXHIBIT A**
**Proposed Order**

IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § | Case No. 22-31641-mv-7 |
| GOODMAN NETWORKS, INC. | § § | |
| | § | (Chapter 7) |
| Debtor. | § § | |
| SCOTT M. SIEDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC. | § § § § | ADVERSARY PROCEEDING NO: 23-03036-mvl |
| Plaintiff(s), | § § | |
| v. | § § | |
| JAMES FRINZI; FRINZI FAMILY TRUST, MULTIBAND GLOBAL RESOURCES, LLC, | § § § § | |
| Defendant(s). | § § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Came on consideration the Unopposed Motion to Withdraw as Counsel, filed by Wick Phillips Gould & Martin, LLP ("WPGM"), in the above-captioned case. The Court, having jurisdiction to consider the Motion and relief requested therein, finds that proper notice of the Motion has been provided and good cause exists to permit WPGM to withdraw as counsel for

1

Defendants James Frinzi, Frinzi Family Trust, and Multiband Global Resources, LLC ("Defendants"). Therefore, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Clerk of this Court and all parties are directed to remove WPGM as counsel for Defendants on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Bankruptcy Case.

ORDERED Mr. Frinzi may be contacted as follows: 3736 Bee Cave Road, Suite 1164 Austin, Texas 78746, James@frinzi.net.

# # # END OF ORDER # # #

PREPARED AND SUBMITTED BY:

Jason M. Rudd, Tex. Bar No. 24028786
Paul T. Elkins, Tex. Bar No. 24092383
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
paul.elkins@wickphillips.com