Scott M. Seidel
State Bar No. 17999450
SEIDEL LAW FIRM
6505 W. Park Blvd., Ste. 306
Dallas, Texas 75093
Telephone: 214-234-2500
Chapter 7 Trustee, Goodman Networks, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **GOODMAN NETWORKS, INC.** | § | **CASE NO. 22-31641-mvl-7** |
| | § | |
| **Debtor** | § | **Chapter 7** |
| | § | |
| **Scott Seidel, Chapter 7 trustee** | § | |
| **GNET ATC, LLC** | § | |
| **Multiband Field Services, Inc.** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| V. | § | |
| | § | **ADV. NO: 23-03036-mvl** |
| **James Frinzi** | § | |
| **Frinzi Family Trust** | § | |
| **Multiband Global Resources, LLC** | § | |
| | § | |
| **Defendants** | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL PLEADINGS AND FILINGS

**PLEASE TAKE NOTICE** that Scott M. Seidel, chapter 7 Trustee for case number:

**22-31641-mvl-7** *in re: Goodman Networks, Inc.,* enters this notice of appearance and

requests that all notices given or required to be given in this case and all papers served or required to

be served in this case be given to and served upon the undersigned at the addresses and telephone

numbers set forth below, pursuant to Rule 2002, 9007 and 9010 of the Bankruptcy Rules of

procedure.

      Respectfully submitted,
SCOTT M. SEIDEL
/s/ *Scott M. Seidel*
State Bar No. 17999450
SEIDEL LAW FIRM
6505 West Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com