BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Seidel et al v. Frinzi et al | [67] Motion to withdraw as attorney (Wick Phillips Gould & Martin, LLP) filed by Defendants James Frinzi, Frinzi Family Trust, Multiband Global Resources, LLC | Case # 23–03036–mvl |

DEBTOR

**TYPE OF HEARING**

Wick Phillips Gould & Martin LLP

*VS*

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

Jason M. Rudd

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

WICK PHIILLIPS EXHIBITS 1 & 2 (SEE DKT [70]).

Hawaii Jeng

5/1/2024

Michelle V. Larson

REPORTED BY

HEARING DATE

JUDGE PRESIDING