

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 2, 2024**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPCTY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mv-7 |
| GOODMAN NETWORKS, INC. | § | |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| SCOTT M. SIEDEL, TRUSTEE; GNET | § | |
| ATC, LLC; MULTIBAND FIELD | § | |
| SERVICES, INC. | § | ADVERSARY PROCEEDING |
| | § | NO: 23-03036-mvl |
| Plaintiff(s), | § | |
| | § | |
| v. | § | |
| | § | |
| JAMES FRINZI; FRINZI FAMILY TRUST, | § | |
| MULTIBAND GLOBAL RESOURCES, | § | |
| LLC, | § | |
| | § | |
| Defendant(s). | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Came on consideration the Unopposed Motion to Withdraw as Counsel, filed by Wick Phillips Gould & Martin, LLP ("WPGM"), in the above-captioned case. The Court, having

1

jurisdiction to consider the Motion and relief requested therein, finds that proper notice of the Motion has been provided and good cause exists to permit WPGM to withdraw as counsel for Defendants James Frinzi, Frinzi Family Trust, and Multiband Global Resources, LLC ("Defendants"). Therefore, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Clerk of this Court and all parties are directed to remove WPGM as counsel for Defendants on the docket and any applicable service list, including the Court's CM/ECF electronic notification list, maintained in the Bankruptcy Case.

ORDERED Mr. Frinzi may be contacted as follows: 3736 Bee Cave Road, Suite 1164, Austin, Texas 78746, James@frinzi.net.

# # # END OF ORDER # # #

PREPARED AND SUBMITTED BY:

Jason M. Rudd, Tex. Bar No. 24028786
Paul T. Elkins, Tex. Bar No. 24092383
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
paul.elkins@wickphillips.com