



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 18, 2024

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>　　Debtor. | §§§§§§ | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE;<br>GNET ATC, LLC; MULTIBAND<br>FIELD SERVICES, INC.,<br><br>　　Plaintiffs,<br><br>v.<br><br>JAMES FRINZI; FRINZI FAMILY TRUST;<br>MULTIBAND GLOBAL RESOURCES,<br>LLC,<br><br>　　Defendants. | §§§§§§§§§§§§§§ | ADVERSARY PROCEEDING<br>NO: 23-03036 |

**STIPULATION AND AGREED ORDER OF DISMISSAL
OF FRINZI FAMILY TRUST**

## I.    STIPULATION

Scott M. Seidel (the "Trustee"), for himself and for GNET ATC, LLC and Multiband Field Services, Inc., the plaintiffs in the above styled and numbered Adversary Proceeding, and Frinzi Family Trust (the "FFT,", with the Trustee, each a "Party" and together the "Parties"), hereby stipulate and agree as follows:

1. The Parties are parties to that certain *Limited Settlement and Release Agreement* (the "Agreement").

2. On June 25, 2024, in the above-referenced Bankruptcy Case at docket no. 580, the Court entered its order approving the Agreement, which order has since become final and non-appealable.

3. All conditions precedent to the effectiveness of the Agreement have occurred.

4. Pursuant to the Agreement, the Parties have agreed to dismiss the FFT from this Adversary Proceeding with prejudice, but subject to all rights and obligations in the Agreement.

5. Accordingly, the Parties hereby stipulate to the dismissal with prejudice of the FFT from this Adversary Proceeding, each reserving such rights and obligations as otherwise provided for in the Agreement, and with each Party bearing its respective fees and expenses incurred herein.

## II.    ORDER

The Court, having reviewed the above Stipulation, and incorporating its definitions into this Order, and finding that the Agreement has been approved pursuant to Bankruptcy Rule 9019 and that no further notice regarding the Stipulation is required or is appropriate, and otherwise finding the Stipulation to be lawful and appropriate, it is hereby:

ORDERED that all claims and causes of action asserted against the FFT in this Adversary Proceeding are hereby DISMISSED WITH PREJUDICE and that this Adversary Proceeding is

otherwise dismissed with prejudice as against the FFT, with each Party bearing its respective fees and costs incurred herein; it is further

ORDERED that, for the avoidance of doubt, this Order is wholly without prejudice to all rights, obligations, and remedies under the Agreement, and to all issues between the Trustee and any other defendant in this Adversary Proceeding, all of the Trustee's claims and causes of action against such other defendants being preserved and not affected by the Agreement or by this Order.

### # # # END OF ORDER # # #

AGREED AS TO SUBSTANCE AND FORM:

| **MUNSCH HARDT KOPF & HARR P.C.** | /s/ Jason M. Rudd (*w/ permission*) |
| --- | --- |
| | Jason M. Rudd, Tex. Bar No. 24028786 |
| /s/ Davor Rukavina | Paul T. Elkins, Tex. Bar No. 24092383 |
| Davor Rukavina, Esq. | **WICK PHILLIPS GOULD & MARTIN, LLP** |
| Texas Bar No. 24030781 | |
| 500 North Akard St., Ste. 3800 | 3131 McKinney Avenue, Suite 500 |
| Dallas, Texas 75201 | Dallas, TX 75204 |
| Telephone: (214) 855-7500 | Phone: (214) 692-6200 |
| drukavina@munsch.com | Fax: (214) 692-6255 |
| | |
| **ATTORNEYS FOR THE PLAINTIFFS** | **COUNSEL FOR DEFENDANTS** |

United States Bankruptcy Court

Northern District of Texas

Seidel,
    Plaintiff

Adv. Proc. No. 23-03036-mvl

Frinzi,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: admin      Page 1 of 2
Date Rcvd: Jul 19, 2024      Form ID: pdf001      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jul 19 2024 21:16:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 19 2024 21:16:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Conor White | on behalf of Plaintiff Scott M. Seidel cwhite@munsch.com CourtMail@munsch.com;hvalentine@munsch.com |
| Davor Rukavina | on behalf of Plaintiff Multiband Field Services Inc. drukavina@munsch.com, Courtmail@munsch.com |
| Davor Rukavina | on behalf of Plaintiff Scott M. Seidel drukavina@munsch.com Courtmail@munsch.com |

| District/off: 0539-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 19, 2024 | Form ID: pdf001 | Total Noticed: 2 |

Davor Rukavina
    on behalf of Plaintiff GNET ATC LLC drukavina@munsch.com, Courtmail@munsch.com

Julian Preston Vasek
    on behalf of Plaintiff GNET ATC LLC jvasek@munsch.com, CourtMail@munsch.com

Julian Preston Vasek
    on behalf of Plaintiff Scott M. Seidel jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
    on behalf of Plaintiff Multiband Field Services Inc. jvasek@munsch.com, CourtMail@munsch.com

Scott M. Seidel
    on behalf of Plaintiff Scott M. Seidel scott@scottseidel.com susan.seidel@earthlink.net;sms01@trustesolutions.net

TOTAL: 8