Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

COUNSEL FOR SCOTT M. SEIDEL, TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re:<br><br>GOODMAN NETWORKS, INC.,<br><br>    Debtor. | § § § § § § § | Case No. 22-31641-mvl-7<br><br>(Chapter 7) |
| SCOTT M. SEIDEL, TRUSTEE;<br>GNET ATC, LLC; MULTIBAND<br>FIELD SERVICES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>JAMES FRINZI; MULTIBAND GLOBAL<br>RESOURCES, LLC,<br><br>    Defendants. | § § § § § § § § § § § § § § | ADVERSARY PROCEEDING<br>NO: 23-03036 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, has scheduled a hearing on the *Trustee's Motion for Leave to File Second Amended Complaint*, to be held before the Honorable Michelle V. Larson, U.S. Bankruptcy Judge, on **September 17, 2024 at 9:30 a.m.**, in Courtroom #2, 14th Floor, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, Texas 75242.

NOTICE OF HEARING—Page 1

RESPECTFULLY SUBMITTED this 14th day of August, 2024.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    3800 Ross Tower
    500 N. Akard Street
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584
    Email: drukavina@munsch.com

**COUNSEL FOR SCOTT SEIDEL, CHAPTER 7 TRUSTEE**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 14th day of August, 2024, true and correct copies of this document were electronically served by the Court's ECF system on all parties entitled to notice thereof, including Frinzi, by and through his counsel of record, Jason Rudd, Esq., and that, additionally, on the same day he caused a true and correct copy of this document to be served by U.S. first class mail, postage prepaid, on:

Federal Insurance Company
c/o C T Corporation System, Registered Agent
1999 Bryan Street, Suite 900
Dallas, TX 75201

Attn: Chubb Underwriting Department
Chubb Group of Insurance Companies
202B Hall's Mill Road
Whitehouse Station, NJ 08889

By: /s/ Davor Rukavina
    Davor Rukavina, Esq.