**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Case No. 22-31641-mv-7 |
| GOODMAN NETWORKS, INC. | § § | (Chapter 7) |
| Debtor. | § § | |
| SCOTT M. SIEDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC., | § § § § | ADVERSARY PROCEEDING NO: 23-03036-mvl |
| Plaintiff(s), | § § | |
| v. | § § | |
| JAMES FRINZI; FRINZI FAMILY TRUST, MULTIBAND GLOBAL RESOURCES, LLC, | § § § § § | |
| Defendant(s). | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby file this Notice of Appearance as counsel for Defendants James Frinzi, Frinzi Family Trust, and Multiband Global Resources, LLC and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

Jason M. Rudd
Paul Elkins
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255
jason.rudd@wickphillips.com
paul.elkins@wickphillips.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

Dated: September 5, 2024

Respectfully submitted,

*/s/ Jason M. Rudd*
Jason M. Rudd, Tex. Bar No. 24028786
Paul T. Elkins, Tex. Bar No. 24092383
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204
Phone: (214) 692-6200
Fax: (214) 692-6255
Email: jason.rudd@wickphillips.com
paul.elkins@wickphillips.com

**COUNSEL FOR DEFENDANTS JAMES FRINZI, FRINZI FAMILY TRUST, AND MULTIBAND GLOBAL RESOURCES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the clerk of the court using the CM/ECF system and have served a copy of the same to the following parties or their counsel via the method(s) indicated below:

| | | |
|---|---|---|
| Davor Rukavina | | Hand Delivery |
| Thomas D. Berghman | | Regular Mail |
| **MUNSCH HARDT KOPF & HARR, P.C.** | | Facsimile |
| 3800 Ross Tower | | E-mail |
| 500 N. Akard Street | X | CM/ECF |
| Dallas, TX 75201 | | |

**Counsel for the Scott Seidel, Chapter 7 Trustee**

*/s/ Jason M. Rudd*
Jason M. Rudd