# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | ) | |
| | ) | (Chapter 7) |
| Debtor | ) | |
| | ) | |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC., | ) | Adversary No. 23-03036 |
| Plaintiffs, | ) | |
| v. | ) | |
| JAMES FRINZI; MULTIBAND GLOBAL RESOURCES, LLC; and FEDERAL INSURANCE COMPANY, | ) | |
| Defendants. | ) | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please take notice that Megan M. Adeyemo of the law firm Gordon Rees Scully Mansukhani, LLP, hereby enters her appearance in the above-captioned case and on behalf of Defendant Federal Insurance Company and requests that all notices, pleadings, and other documents filed in this matter be sent to the undersigned counsel, as follows:

Megan M. Adeyemo,
Gordon Rees Scully Mansukhani, LLP
2200 Ross Ave, Suite 3700
Dallas, Texas 75201
214-231-4660
madeyemo@grsm.com

1

Dated: October 15, 2024

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

By: */s/ Megan M. Adeyemo*
Megan M. Adeyemo, Bar No. 24099595
2200 Ross Ave., Suite 3700
Dallas, Texas 75201
Tel: (214) 231-4660
Fax: (214) 461-4053
madeyemo@grsm.com

*Counsel for Defendant*
*Federal Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** was electronically filed with the Clerk of Court using CM/ECF system and served upon all counsel of record and to Debtor and all Parties of record via the CM/ECF electronic filing system:

*/s/ Megan M. Adeyemo*
Megan M. Adeyemo