Megan M. Adeyemo, Bar No. 24099595
GORDON REES SCULLY MANSUKHANI, LLP
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 231-4660
Facsimile: (214) 461-4053
Email: madeyemo@grsm.com

Iga W. Todd (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
1. N. Wacker, Suite 1600
Chicago, IL 60606
Telephone: (312) 980-6794
Facsimile: (312) 565-6511
Email: itodd@grsm.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | ) | |
| | ) | (Chapter 7) |
| Debtor | ) | |
| | ) | |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; MULTIBAND FIELD SERVICES, INC., | ) | Adversary No. 23-03036 |
| Plaintiffs, | ) | |
| v. | ) | |
| JAMES FRINZI; MULTIBAND GLOBAL RESOURCES, LLC; and FEDERAL INSURANCE COMPANY, | ) | |
| Defendants. | ) | |

1

## DEFENDANT FEDERAL INSURANCE COMPANY'S
## DEMAND FOR A JURY TRIAL

Defendant Federal Insurance Company hereby demands trial by jury in this action.

Dated: October 16, 2024

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Iga W. Todd*
Iga W. Todd (*pro hac vice*)
1. N. Wacker, Suite 1600
Chicago, IL 60606
Tel: (312) 980-6794
Fax: (312) 565-6511
itodd@grsm.com

Megan Adeyemo, Bar No. 24099595
2200 Ross Ave., Suite 3700
Dallas, Texas 75201
Tel: (214) 231-4660
Fax: (214) 461-4053
madeyemo@grsm.com

*Counsel for Defendant*
*Federal Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: October 16, 2024                                  Respectfully Submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By:    */s/ Iga W. Todd*
Iga W. Todd (*pro hac vice*)
1. N. Wacker, Suite 1600
Chicago, IL 60606
Tel: (312) 980-6794
Fax: (312) 565-6511
itodd@grsm.com

*Counsel for Defendant*
*Federal Insurance Company*