

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed October 22, 2024**                                  _____
                                                              **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | ) | |
| | ) | (Chapter 7) |
| Debtor | ) | |
| | ) | |

| | | |
|---|---|---|
| SCOTT M. SEIDEL, TRUSTEE; | ) | |
| GNET ATC, LLC; MULTIBAND | ) | |
| FIELD SERVICES, INC., | ) | ADVERSARY PROCEEDING |
| | ) | NO.: 23-03036 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES FRINZI; MULTIBAND GLOBAL | ) | |
| RESOURCES, LLC; and FEDERAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT FEDERAL INSURANCE COMPANY'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSIVE**
**PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

1

The Court hereby grants Federal Insurance Company's Unopposed Motion for Extension of Time to File its Responsive Pleading to Plaintiffs' Second Amended Complaint. Federal shall file its responsive pleading on or before November 5, 2024.

###End of Order###

Iga W. Todd (*pro hac vice*)
GORDON REESE SCULLY MANSUKHANI
1 N. Wacker, Suite 1600
Chicago, IL 60606
Tel: (312) 980-6794
Fax: (312) 565-6511
itodd@grsm.com

Megan Adeyemo, Bar No. 24099595
GORDON REESE SCULLY MANSUKHANI
2200 Ross Ave., Suite 3700
Dallas, Texas 75201
Tel: (214) 231-4660
Fax: (214) 461-4053
madeyemo@grsm.com

*Counsel for Defendant*
*Federal Insurance Company*