Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas  75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR THE PLAINTIFFS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | § | |
| | § | (Chapter 7) |
| Debtor. | § | |
| | § | |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE; | § | |
| GNET ATC, LLC; and MULTIBAND FIELD | § | |
| SERVICES, INC. | § | ADVERSARY PROCEEDING |
| | § | NO:  23-03036-mvl |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| MULTIBAND GLOBAL RESOURCES, | § | |
| LLC; and FEDERAL INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

COME NOW Scott M. Seidel, Trustee (the "Trustee"), the duly appointed Chapter 7 trustee

of Goodman Networks, Inc. (the "Debtor") and its bankruptcy estate (the "Estate"), GNET ATC,

LLC ("GNET"), and Multiband Field Services, Inc. ("Multiband," together with the Trustee and

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT—Page 1

GNET, the "Plaintiffs"), and file this *Plaintiffs' Motion for Partial Summary Judgment* (the "Motion"), respectfully stating as follows:

1.      By this Motion, the Plaintiffs respectfully request that the Court grant them partial summary judgment in this Adversary Proceeding as follows:

(i)      granting them judgment under Count 12 of the *Plaintiffs' Second Amended Complaint* [docket no. 88] for breach of contract against Federal Insurance Company ("Federal"), that Federal has breached its insurance policy contract with the Plaintiffs by not paying them $4,400,000.00 from James Frinzi's theft of these funds from them; and

(ii)      denying all sixteen affirmative defenses asserted by Federal in its *Defendant Federal Insurance Company's Answer to Plaintiffs' Second Amended Complaint* [docket no. 155].

2.      Pursuant to Local Bankruptcy Rule 7056-1, the Plaintiffs set forth their arguments in support of this Motion in the *Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment*, filed concurrently herewith.

3.      Pursuant to Local Bankruptcy Rule 7056-1, the Plaintiffs set forth their evidence in support of this Motion in the *Appendix in Support of Plaintiffs' Motion for Partial Summary Judgment*, filed concurrently herewith.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully request that the Court grant them partial summary judgment as requested herein, together with such additional relief that they may be entitled to.

RESPECTFULLY SUBMITTED this 18th day of March, 2026.

**MUNSCH HARDT KOPF & HARR P.C.**

By: /s/ Davor Rukavina

    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    Conor P. White, Esq.
    Texas Bar No. 24125722
    500 North Akard St., Ste. 3800
    Dallas, Texas  75201
    Telephone: (214) 855-7500
    drukavina@munsch.com

**ATTORNEYS FOR THE PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this the 18th day of March, 2026, true and correct copies of this document were electronically served on all parties in this Adversary Proceeding by and through their counsel of record, including on Federal.

By: /s/ Davor Rukavina

Davor Rukavina, Esq.

4911-3369-2568v.1