IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § § | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., | | |
| | | (Chapter 7) |
| Debtor. | | |
| | § § § § § § § § § § § § § § § § § § § | |
| SCOTT M. SEIDEL, TRUSTEE; GNET ATC, LLC; and MULTIBAND FIELD SERVICES, INC. | | ADVERSARY PROCEEDING NO: 23-03036-mvl |
| Plaintiffs, | | |
| v. | | |
| MULTIBAND GLOBAL RESOURCES, LLC; and FEDERAL INSURANCE COMPANY, | | |
| Defendants. | | |

**APPENDIX IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

COME NOW Scott M. Seidel, Trustee (the "Trustee"), the duly appointed Chapter 7 trustee of Goodman Networks, Inc. (the "Debtor") and its bankruptcy estate (the "Estate"), GNET ATC, LLC ("GNET"), and Multiband Field Services, Inc. ("Multiband," with the Trustee and GNET, the "Plaintiffs"), and file this *Appendix In Support of Plaintiffs' Motion for Partial Summary Judgment* (the "Appendix"), in support of the *Plaintiffs' Motion for Partial Summary Judgment* (the "Motion"), offering the following as evidence in support of the Motion:

| Exhibit | Description | Range |
|---------|-------------|-------|
| A | Policy | 1-103 |
| B | Federal's Answers to Trustee's Admissions | 104-298 |
| C | Federal's Answers to Trustee's Interrogatories | 299-336 |
| D | Frinzi Family Trust Answers to Trustee's Interrogatories | 337-344 |
| E | Frinzi Answers to Trustee's Interrogatories | 345-357 |
| F | October 28, 2022 Notice of Potential Claims | 358-360 |
| G | April 27, 2023 Letter from Trustee to Federal | 361-367 |
| H | May 9, 2023 Letter from Trustee to Federal | 368-384 |
| I | September 29, 2023 Letter from Trustee to Federal | 385-387 |
| J | March 14, 2024 Letter from Federal to Sondrup | 388-393 |
| K | TRUSTEE_GRSM_1234040 | 394 |
| L | Chase Bank Statements | 395-416 |
| M | Deposition of Stephanie Elmore (with Exhibits 1-4) (11/14/25) | 417-538 |
| N | Excerpts of Deposition of James Frinzi (day 1) | 539-575 |
| O | Excerpts of Deposition of James Frinzi (day 2) | 576-603 |
| P | Excerpts of Deposition of James Frinzi (day 3) | 604-623 |
| Q | Deposition of James Goodman (11/13/25) | 624-737 |
| R | Deposition of Joseph Baum (10/21/25) | 738-874 |
| S | Deposition of John Goodman (1/9/26) | 875-1015 |
| T | E-mail Chain (Trustee/Federal) of 11/30/23 | 1016-1019 |
| U | Further E-mail Chain (Trustee/Federal) of 11/30/23 | 1020-1022 |
| V | Declaration of Davor Rukavina | 1023-1026 |
| W | TRUSTEE_GRSM_0956834 | 1027-1030 |
| X | Declaration of Conor P. White | 1031-1033 |

RESPECTFULLY SUBMITTED this 18th day of March, 2026.

**MUNSCH HARDT KOPF & HARR P.C.**

By: /s/ Davor Rukavina

Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Conor P. White, Esq.
Texas Bar No. 24125722
500 North Akard St., Ste. 3800
Dallas, Texas  75201
Telephone: (214) 855-7500
drukavina@munsch.com

**ATTORNEYS FOR THE PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this the 18th day of March, 2026, true and correct copies of this Appendix with all exhibits referenced herein were electronically served on all parties in this Adversary Proceeding by and through their counsel of record, including on Federal.


By: /s/ Davor Rukavina
Davor Rukavina, Esq.