IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                            §   CASE NO. 22-31641-mvl-7
                                  §
GOODMAN NETWORKS, INC.,           §    (Chapter 7)
                                  §
     Debtor.                      §
_____

                                        **Related Adversary
                                         Proceedings Listed
                                            on Pages 2-3

        ------------------------------------------

            ORAL AND VIDEOTAPED DEPOSITION OF

                    JAMES FRINZI

                   MARCH 28, 2025

                  (VOLUME 3 OF 3)

             **CONFIDENTIAL TRANSCRIPT**

        ------------------------------------------


        ORAL AND VIDEOTAPED DEPOSITION of JAMES FRINZI,

produced as a witness at the instance of the Plaintiff(s)

and duly sworn, was taken in the above-styled and

numbered cause on March 28, 2025, from 9:40 a.m. to 4:59

p.m., before Molly Carter, Certified Shorthand Reporter

in and for the State of Texas, reported by machine

shorthand, at the offices of Munsch Hardt Kopf & Harr,

P.C., 1717 West 6th Street, Suite 250, Austin, Texas,

pursuant to the Federal Rules of Civil Procedure.

RELATED ADVERSARY PROCEEDINGS:

SCOTT M. SEIDEL, TRUSTEE;      §
GNET ATC, LLC; and MULTIBAND   §
FIELD SERVICES, INC.,          §
        Plaintiffs,            §
                               §
VS.                            §      Adv. No. 23-03036-mvl
                               §
MULTIBAND GLOBAL RESOURCES,    §
LLC and FEDERAL INSURANCE      §
COMPANY,                       §
        Defendants.            §

_____

SCOTT M. SEIDEL, TRUSTEE;      §
and GNET ATC, LLC,             §
        Plaintiffs,            §
                               §
VS.                            §      Adv. No. 23-03072-mvl
                               §
18920 NW 11TH, LLC; JAMES      §
GOODMAN; STEVEN ZAKHARYAYEV;   §
EVELINA PINKHASOVA; PEOPLE NQ  §
INC.; JJC & PEOPLE LLC; GDMN   §
FAMILY INVESTMENTS 2, LLC,     §
        Defendants.            §

_____

SCOTT M. SEIDEL, TRUSTEE,      §
        Plaintiff,             §
                               §
VS.                            §      Adv. No. 24-03037-mvl
                               §
MSOUTH EQUITY PARTNERS III,    §
L.P.; 1PATH MANAGED SERVICES,  §
LLC; ONEPATH ITDS HOLDINGS,    §
LLC; ONEPATH ITDS BUYER,       §
INC.; ONEPATH HOLDINGS, LLC;   §
ONEPATH HOLDING CORPORATION;   §
and ONEPATH SYSTEMS OF NC,     §
LLC,                           §
        Defendants.            §

Lexitas

PAPP0605

```
SCOTT M. SEIDEL, TRUSTEE,          §
        Plaintiff,                 §
                                   §
VS.                                §      Adv. No. 24-03039-mvl
                                   §
JAMES GOODMAN; JASON GOODMAN;      §
and JOSEPH GOODMAN,                §
        Defendants.                §
_____

SCOTT M. SEIDEL, TRUSTEE,          §
        Plaintiff,                 §
                                   §
VS.                                §      Adv. No. 23-03090-mvl
                                   §
HUDSON CLEAN ENERGY                §
ENTERPRISES, LLC; ALLIANCE         §
TEXAS HOLDINGS, LLC; NEIL Z.       §
AUERBACH; JUDITH AUERBACH;         §
AUERBACH PARTNERS, L.P.;           §
JAMES GOODMAN; GOODMAN             §
INVESTMENT HOLDINGS, LLC;          §
GENESIS NETWORKS, INC.;            §
GENESIS NETWORKS GLOBAL            §
SERVICES, LLC; AUERBACH            §
CHILDRENS DYNASTY TRUST U/A/D §
OCTOBER 9, 2012; AUERBACH          §
FAMILY DYNASTY TRUST U/A/D         §
OCTOBER 9, 2012; AND               §
SHALOM AUERBACH                    §
        Defendants.                §
```

A P P E A R A N C E S

FOR THE PLAINTIFF(S):
    Conor P. White
    Anne-Alise "Ali" Hinckley
    MUNSCH HARDT KOPF & HARR, P.C.
    500 North Akard Street, Suite 4000
    Dallas, Texas 75201-6659
    (214) 855-7500
    cwhite@munsch.com
    ahinckley@munsch.com


FOR JAMES FRINZI:
    Paul T. Elkins
    WICK PHILLIPS GOULD & MARTIN,LLP
    100 Throckmorton Street, Suite 1500
    Fort Worth, Texas 76102
    (817) 984-7422
    paul.elkins@wickphillips.com


FOR DEFENDANT(S) FEDERAL INSURANCE COMPANY:
    Iga Wiktoria Todd (via Zoom)
    GORDON REES SCULLY MANSUKHANI, LLP
    One North Wacker, Suite 1600
    Chicago, Illinois 60606
    (312) 565-1400
    itodd@grsm.com


FOR DEFENDANT(S) JAMES GOODMAN; GOODMAN INVESTMENT
HOLDINGS, LLC; GENESIS NETWORKS, INC.; GENESIS NETWORKS
GLOBAL SERVICES, LLC; PEOPLE NQ INC. and JJC & PEOPLE
LLC:
    Randall A. Pulman
    Matthieu Belanger-Coast
    PULMAN, CAPPUCCIO & PULLEN, LLP
    2161 Northwest Military Highway, Suite 400
    San Antonio, Texas 78213
    (210) 222-9494
    rpulman@pulmanlaw.com
    matthieu@pulmanlaw.com

FOR DEFENDANT(S) MSOUTH EQUITY PARTNERS III, L.P.; 1PATH MANAGED SERVICES, LLC; ONEPATH ITDS HOLDINGS, LLC; ONEPATH ITDS BUYER, INC.; ONEPATH HOLDINGS, LLC; ONEPATH HOLDING CORPORATION and ONEPATH SYSTEMS OF NC, LLC:
        Sima G. Fried (via Zoom)
        DLA PIPER LLP (US)
        650 Exeter Street, Suite 1100
        Baltimore, Maryland 21202
        (410) 580-3000
        sima.fried@us.dlapiper.com


FOR DEFENDANT(S) 18920 NW 11th, LLC; STEVEN ZAKHARYAYEV; EVELINA PINKHASOVA; HUDSON CLEAN ENERGY ENTERPRISES, LLC; ALLIANCE TEXAS HOLDINGS, LLC; NEIL Z. AUERBACH; JUDITH AUERBACH; AUERBACH PARTNERS, L.P.; AUERBACH CHILDRENS DYNASTY TRUST U/A/D 10/9/2012 and AUERBACH FAMILY DYNASTY TRUST U/A/D 10/9/2012;
        Brittainie J. Zinsmeyer
        JORDAN, LYNCH & CANCIENNE PLLC
        1980 Post Oak, Suite 2300
        Houston, Texas 77056
        713-955-4793
        bzinsmeyer@jlcfirm.com


FOR THE DEFENDANT(S) JASON GOODMAN AND JOSEPH GOODMAN:
        Robert A. Simon (via Zoom)
        David A. Skeels (via Zoom)
        WHITAKER CHALK SWINDLE & SCHWARTZ, PLLC
        301 Commerce Street, Suite 3500
        Fort Worth, Texas 76102
        (817) 878-0500
        rsimon@whitakerchalk.com
        dskeels@whitakerchalk.com


ALSO PRESENT:
        Ms. Rosie Jones, Videographer

I N D E X

Appearances ...................................... 4


JAMES FRINZI
        Examination by Mr. Pulman ..................... 621
        Examination by Ms. Zinsmeyer ................. 851
        Examination by Ms. Hinckley .................. 857
        Examination by Mr. White ..................... 866
        Re-Examination by Mr. Pulman ................. 870


Signature and Changes ............................ 872

Reporter's Certificate ........................... 873

EXHIBITS

NUMBER      DESCRIPTION                                    PAGE

Exhibit 111 ...................................... 622
            Notice of Deposition

Exhibit 112 ...................................... 622
            Notice of Deposition

Exhibit 113 ...................................... 622
            Defendant James Frinzi's Answers and
            Objections-First Set of Interrogatories

Exhibit 114 ...................................... 642
            12/20/21 Letter Agreement with CFGI

Exhibit 115 ...................................... 657
            7/17/21 Summit Partners, Frinzi Tech &
            Install, Inc., Summary of Proposed Terms
            and Conditions, Senior Secured Credit
            Facility

Exhibit 116 ........................................... 658
      Cerberus Outline of Financing Terms and
      Conditions

Exhibit 117 ........................................... 663
      10/14/21 Emails Re: ADP Payroll Roll Over
      GNET-ATC Employee Expense

Exhibit 118 ........................................... 666
      10/20/21 Unanimous Written Consent of the
      Board of Directors to Accept Jason
      Goodman Resignation As Chief Executive
      Officer and Resignation from the Board,
      and Election of James Frinzi As Chief
      Executive Officer

Exhibit 119 ........................................... 669
      Action by Written Consent of Shareholders
      of Goodman Networks, Inc.

Exhibit 120 ........................................... 670
      10/21/21 Email Re: Amendment

Exhibit 121 ........................................... 670
      Fifth Amended and Restated Bylaws of
      Goodman Networks Incorporated

Exhibit 122 ........................................... 674
      10/21/21 Emails Re: Amendment

Exhibit 123 ........................................... 679
      11/3/21 Emails Re: FedEx - Payment
      Confidential

Exhibit 124 ........................................... 682
      11/17/21 Emails Re: Confidential

Exhibit 125 ........................................... 686
      11/5/21 Letter from GNET Partners to Hill
      Innovative Law, LLC Re: Notice Regarding
      No Purchase of Target Shares

Exhibit 126 ........................................... 689
      11/5/21 Emails Re: Notice Under Escrow
      Agreement dated October 6, 2021

Exhibit 127 ........................................... 690
      12/15/21 Emails Re: Payroll Has Been
      Finalized



Exhibit 128 ...................................... 698
12/31/21 Subcontract Services Agreement between GNET ATC, LLC, and Multiband Global Resources, LLC

Exhibit 129 ...................................... 699
Bank Statements for Multiband USA LLC

Exhibit 130 ...................................... 735
2/2/22 Form 8-K for American Metals Recovery and Recycling, Inc.

Exhibit 131 ...................................... 742
3/31/22 Form 10-Q for American Metals Recovery and Recycling, Inc.

Exhibit 132 ...................................... 760
3/18/22 Form 8-K for American Metals Recovery and Recycling, Inc.

Exhibit 133 ...................................... 770
1/24/22 General Warranty Deed from Panda111 Properties, LLC to Multiband Global Resources, LLC

Exhibit 134 ...................................... 771
5/13/22 Special Warranty Deed from Multiband Global Resources, LLC to Frinzi Family Trust dated 5/13/22

Exhibit 135 ...................................... 777
GNET ATC, H. Konicov Notes/Observations January 10, 2022

Exhibit 136 ...................................... 781
Text Messages to Jim

Exhibit 137 ...................................... 782
1/28/22 Emails Re: Request List

Exhibit 138 ...................................... 783
1/1/22 to 1/31/22 Bank Statement for American Metals Recovery and Recycling, Inc.

Exhibit 139 ...................................... 784
1/4/22 Text Messages to James Goodman

Exhibit 140 ......................................... 789
12/1/21 Letter of Intent with respect to
Proposed Transaction between Multiband
Global Resources, LLC and OnePath
Systems, LLC

Exhibit 141 ......................................... 791
2/1/22 to 2/28/22 Bank Statement for
American Metals Recovery and Recycling,
Inc.

Exhibit 142 ......................................... 799
1/21/22 Security Agreement between AMRR
and GNET ATC

Exhibit 143 ......................................... 812
2/16/22 Emails Re: Catch Up

Exhibit 144 ......................................... 814
2/21/22 Emails Re: Call w/ J. Frinzi

Exhibit 145 ......................................... 816
9/30/22 Text Message to James Frinzi

Exhibit 146 ......................................... 824
3/23/22 Text Messages to James Goodman

Exhibit 147 ......................................... 827
7/18/22 O'Bell Letter to James Goodman

Exhibit 148 ......................................... 828
10/29/22 Emails Re: Conveyance of $22M to
18920

Exhibit 149 ......................................... 833
12/30/21 Email Re: James Goodman bonds

Exhibit 150 ......................................... 837
2/1/22 Text Messages to James Goodman

Exhibit 151 ......................................... 839
1/17/22 Text Messages to James Goodman

Exhibit 152 ......................................... 847
Note Purchase Agreement between 18920 NW
11th LLC and AMRR

Exhibit 153 ......................................... 859
5/24/22 Emails Re: Bonds Update

THE VIDEOGRAPHER:  Today is March 28th, 2025. The time is 9:40 a.m. and we're on the record.

JAMES FRINZI,

having been first duly sworn, testified as follows:

E X A M I N A T I O N

BY MR. PULMAN:

Q    Good morning, Mr. Frinzi.

A    Good morning.

Q    Would you please state your name for the record?

A    James Frinzi.

Q    What's your middle name, Mr. Frinzi?

A    Nicholas.

Q    All right.  Mr. Frinzi, you and I met a few weeks ago, week and a half ago, at your -- at the beginning of this deposition.

A    That's right.

Q    And you recall that I represent Mr. James E. Goodman?

A    I recall.

Q    And you know Mr. James E. Goodman?

A    Yes.

Q    Okay.  All right.  You understand you're still under oath and all the same --

A    Sure do.



PAPP0613

Q   -- sorts of rules apply?

A   Okay.

Q   All right.  Let me -- oh, I think I just had it.  Oh, there we go.  I just want to mark a couple of documents for the record.  This is the amended notice, deposition notice for you to be here today.

(Exhibit 111 marked for identification.)

Q   You understand you're testifying in the case involving yourself, Mr. James E. Goodman, Mr. Joseph Goodman and Mr. Jody Goodman?

A   That's right.

Q   Okay.  And you're also testifying in a second case involving the Trustee, which I'm marking as Exhibit 112.  And that case involves Hudson Clean Energy and the Auerbachs.

A   Okay.

Q   You understand both of those things, correct, sir?

A   Yes.

Q   Now, you answered some interrogatories in this case, the Goodman brothers case, what I call the Goodman brothers case, Adversary Number 03036.

I marked the wrong one there.

Do you recall -- take a look at Exhibit 113. Tell me if you recall signing off on these.  Should have

correct?

MR. ELKINS:  Form.

A    Correct.  That did not happen.

Q    (By Mr. Pulman) Why?

A    I don't recall the, again, the mechanics of how we proceeded with the transaction.

Q    But we agree that never happened?

A    I agree.

Q    Okay.  And we agree that's what you told Mr. Goodman in December of 2021 when the transaction was restarted, that Multiband Field Services would own 51 percent of Multiband Global.

A    I see that in this Signal message, yes.

Q    Do you agree that's what you told him?

A    Yeah, I see that right here, it says that.

Q    Okay.  All right.  When did you decide not to transfer 51 percent of Multiband Global to Multiband Field Services?

MR. ELKINS:  Foundation.

A    I don't know.

Q    (By Mr. Pulman) That decision could have only been yours, correct?

MR. WHITE:  Objection, legal conclusion.

A    Yes.

Q    (By Mr. Pulman) You were the sole owner of

Multiband Global.  You were the officer, director, manager.

A    Right.

Q    Okay.  Do you think that piece of information may have been material to Mr. Goodman in consenting to the transfer in December of 2021 to the --

MR. WHITE:  Objection to foundation.

Q    (By Mr. Pulman) -- to the Stauber Law Firm?

MR. WHITE:  Same objection.

A    Sure.  Yes.

Q    (By Mr. Pulman) And if he testifies that he relied upon what you told him, do you have any reason to dispute that?

A    I don't.

Q    Okay.  One of the other transactions that has garnered some dispute is $962,000 --

A    Okay.

Q    -- that was transferred from Multiband Field Services, or Multiband -- or Genesis ATC, to Multiband Global Resources.  Are you familiar with that transaction?

A    Yes.

MR. WHITE:  Wait.  Randy, can we -- Genesis ATC is also the operating name of Genesis Networks Enterprises.

R E - E X A M I N A T I O N

BY MR. PULMAN:

Q    Just one follow-up question.  Those bylaws --

A    Yes.

Q    -- Ms. Hinckley was asking you about, if you didn't know if they had been adopted, why did you send them to Prosperity Bank?

A    They asked for bylaws, and I sent them bylaws.

Q    You didn't know if those were the right bylaws?

A    Whoever gave them to me, I sent them.

Q    Okay.  But did you have a belief at the time of whether those were the current bylaws?

A    I didn't look.  I just got bylaws, and I sent them to Prosperity.

Q    Okay.  That's a fine answer, but you didn't answer my question.

     At the time you sent them, did you believe those were the current bylaws for Goodman Networks, Incorporated?

A    I suppose I didn't have any reason to challenge it.

     MR. PULMAN:  Okay.  No further questions.

     THE VIDEOGRAPHER:  All right.  The time is --

     MR. ELKINS:  Hold on.  Hold on.  This is Paul Elkins, Counsel for Jim Frinzi.  We will reserve our

questions.

THE VIDEOGRAPHER:  The time is 4:59 p.m.  We're off the record.

(Deposition concluded at 4:59 p.m.)

CHANGES AND SIGNATURE OF WITNESS

WITNESS NAME:  JAMES FRINZI

DATE OF DEPOSITION:  MARCH 28, 2025

PAGE/LINE   CHANGE                          REASON FOR CHANGE

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I, JAMES FRINZI, have read the foregoing deposition

and hereby affix my signature that same is true and

correct, except as noted above.

                                  _____

                                  JAMES FRINZI

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


IN RE:                              §    CASE NO. 22-31641-mvl-7
                                    §
GOODMAN NETWORKS, INC.,             §    (Chapter 7)
                                    §
        Debtor.                     §
_____

AND RELATED ADVERSARY PROCEEDINGS:

SCOTT M. SEIDEL, TRUSTEE;           §
GNET ATC, LLC; and MULTIBAND        §
FIELD SERVICES, INC.,               §
        Plaintiffs,                 §
                                    §
VS.                                 §    Adv. No. 23-03036-mvl
                                    §
MULTIBAND GLOBAL RESOURCES,         §
LLC and FEDERAL INSURANCE           §
COMPANY,                            §
        Defendants.                 §


_____

SCOTT M. SEIDEL, TRUSTEE;           §
and GNET ATC, LLC,                  §
        Plaintiffs,                 §
                                    §
VS.                                 §    Adv. No. 23-03072-mvl
                                    §
18920 NW 11TH, LLC; JAMES           §
GOODMAN; STEVEN ZAKHARYAYEV;        §
EVELINA PINKHASOVA; PEOPLE NQ       §
INC.; JJC & PEOPLE LLC; GDMN        §
FAMILY INVESTMENTS 2, LLC,          §
        Defendants.                 §

_____

SCOTT M. SEIDEL, TRUSTEE,            §
        Plaintiff,                   §
                                     §
VS.                                  §    Adv. No. 24-03037-mvl
                                     §
MSOUTH EQUITY PARTNERS III,          §
L.P.; 1PATH MANAGED SERVICES,        §
LLC; ONEPATH ITDS HOLDINGS,          §
LLC; ONEPATH ITDS BUYER,             §
INC.; ONEPATH HOLDINGS, LLC;         §
ONEPATH HOLDING CORPORATION;         §
and ONEPATH SYSTEMS OF NC,           §
LLC,                                 §
        Defendants.                  §
_____

SCOTT M. SEIDEL, TRUSTEE,            §
        Plaintiff,                   §
                                     §
VS.                                  §    Adv. No. 24-03039-mvl
                                     §
JAMES GOODMAN; JASON GOODMAN;        §
and JOSEPH GOODMAN,                  §
        Defendants.                  §
_____

SCOTT M. SEIDEL, TRUSTEE,            §
        Plaintiff,                   §
                                     §
VS.                                  §    Adv. No. 23-03090-mvl
                                     §
HUDSON CLEAN ENERGY                  §
ENTERPRISES, LLC; ALLIANCE           §
TEXAS HOLDINGS, LLC; NEIL Z.         §
AUERBACH; JUDITH AUERBACH;           §
AUERBACH PARTNERS, L.P.;             §
JAMES GOODMAN; GOODMAN               §
INVESTMENT HOLDINGS, LLC;            §
GENESIS NETWORKS, INC.;              §
GENESIS NETWORKS GLOBAL              §
SERVICES, LLC; AUERBACH              §
CHILDRENS DYNASTY TRUST U/A/D        §
OCTOBER 9, 2012; AUERBACH            §
FAMILY DYNASTY TRUST U/A/D           §
OCTOBER 9, 2012; AND                 §
SHALOM AUERBACH                      §
        Defendants.                  §

- - - - - -

REPORTER'S CERTIFICATION

ORAL DEPOSITION OF JAMES FRINZI

(VOLUME 3 OF 3)

MARCH 28, 2025

- - - - - -

I, MOLLY CARTER, Certified Shorthand Reporter in and for The State of Texas, hereby certify to the following:

That the witness, JAMES FRINZI, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(e)(1), that the signature of the deponent:

_XX_ was requested by the deponent or a party before the completion of the deposition and returned within 30 days from date of receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

____ was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither attorney nor counsel for, related to, nor employed by any of the parties to the action in which this testimony was taken. Further, I am not a relative or employee of any attorney

of record in this cause, nor do I have a financial interest in the action.

Certified to by me on this 16th day of April 2025.

_____
MOLLY CARTER, CSR NO. 2613
Expires 04/30/2026

Lexitas - San Antonio
Firm No. 539, Expires: 12/31/2026
100 NE Loop 410, Suite 955
San Antonio, Texas 78216
(800) 676-2401