Megan M. Adeyemo, Bar No. 24099595
GORDON REES SCULLY MANSUKHANI, LLP
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone: (214) 231-4660
Facsimile: (214) 461-4053
Email: madeyemo@grsm.com

Iga W. Todd (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
1. N. Wacker, Suite 1600
Chicago, IL 60606
Telephone: (312) 980-6794
Facsimile: (312) 565-6511
Email: itodd@grsm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-31641-mvl-7 |
| GOODMAN NETWORKS, INC., ) | |
| ) | (Chapter 7) |
| Debtor ) | |
| ) | |
| ) | |
| SCOTT M. SEIDEL, TRUSTEE; ) | |
| GNET ATC, LLC; MULTIBAND ) | |
| FIELD SERVICES, INC., ) | ADVERSARY PROCEEDING |
| ) | NO.: 23-03036 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES FRINZI; MULTIBAND GLOBAL ) | |
| RESOURCES, LLC; and FEDERAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**APPENDIX IN SUPPORT OF DEFENDANT FEDERAL
INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Insurance Company ("Defendant") submits the following documents in

support of their Motion for Summary Judgment:

**Federal App. 0001**

| Exhibit: | Description: | Appendix Citation: |
|---|---|---|
| Exhibit 1 | Goodman Networks, Inc.'s Policy | Federal App. 0005-0104 |
| Exhibit 2 | Plaintiffs' Objections and Response to Federal Insurance Company's First Set of Interrogatories | Federal App. 0105-0131 |
| Exhibit 3 | Plaintiffs' Amended Objections and Responses to Federal Insurance Company's First Set of Interrogatories | Federal App. 0132-0160 |
| Exhibit 4 | Plaintiffs' Objections and Responses to Federal Insurance Company's First Requests for Admission | Federal App. 0161-0174 |
| Exhibit 5 | Stephanie Elmore's November 14, 2025 Deposition Transcript | Federal App. 0175-0199 |
| Exhibit 6 | December 2021 Bank Statement | Federal App. 0200-0201 |
| Exhibit 7 | James E. Goodman's November 13, 2025 Deposition Transcript | Federal App. 0202-0227 |
| Exhibit 8 | Declaration of Howard Konicov in Support of Joinder Objection | Federal App. 0228-0289 |
| Exhibit 9 | James Frinzi's March 20, 2025 Deposition Transcript | Federal App. 0290-0360 |
| Exhibit 10 | Email from James Frinzi dated December 15, 2021 | Federal App. 0361-0362 |
| Exhibit 11 | Goodman Networks, Inc. dba Goodman Solutions & Subsidiaries Renewal Application | Federal App. 0363-0372 |
|  | Declaration of Scott Schmookler | Federal App. 0373-0375 |

Dated: March 18, 2026

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

By:     */s/ Iga W. Todd*
Iga W. Todd (*pro hac vice*)
1 N. Wacker, Suite 1600
Chicago, IL 60606
Tel: (312) 980-6794

Fax: (312) 565-6511
itodd@grsm.com


Megan Adeyemo, Bar No. 24099595
2200 Ross Ave., Suite 3700
Dallas, Texas 75201
Tel: (214) 231-4660
Fax: (214) 461-4053
madeyemo@grsm.com

*Counsel for Defendant*
*Federal Insurance Company*

**Federal App. 0003**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: March 18, 2026

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

By:   */s/ Iga W. Todd*
Iga W. Todd (*pro hac vice*)
1 N. Wacker, Suite 1600
Chicago, IL 60606
Tel: (312) 980-6794
Fax: (312) 565-6511
itodd@grsm.com

*Counsel for Defendant*
*Federal Insurance Company*

**Federal App. 0004**